## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    SANIYA ARIYAMITR :
                            :
              Debtor : BANKRUPTCY NO. 17-11086MDC

### **PRAECIPE**

Kindly re-list the above-captioned Chapter 13 Bankruptcy case for a hearing on trustee's motion to dismiss until July 20, 2017 at 9:30 A.M. before the Hon. Magdeline D. Coleman.

                                                Respectfully submitted,

Date: May 31, 2017                           /s/ Jacqueline M. Chandler for
                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Sanding Trustee
                                                P.O. Box 1299
                                                Philadelphia, PA 19105