United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11086-mdc
Saniya Ariyamitr                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 2         Date Rcvd: Jun 01, 2017
                       Form ID: 152       Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
```
db         +Saniya Ariyamitr,   1869 Willow Avenue,   Willow Grove, PA 19090-3705
cr         +ACAR Leasing LTD, dba GM Financial Leasing,   PO BOX 183692,   Arlington, TX 76096-3692
13890095   +ACAR Leasing LTD d/b/a GM Financial Leasing,   P.O. Box 183692,   Arlington, TX 76096-3692
13871843   +Aes/navient,   1200 N 7th St,   Harrisburg, PA 17102-1419
13871844   +Amanda Rauer, Esq,   1000 Technology Drive,   O Fallon, MO 63368-2239
13871845   +AmeriCredit/GM Financial,   PO Box 183853,   Arlington, TX 76096-3853
13871846   +Bringcop Ariyamitr,   2302 Lincoln Drive E.,   Ambler, PA 19002-3856
13871850   +CITIMORTGAGE INC,   1000 TECHNOLOGY DRIVE,   O'FALLON MO 63368-2240
13896214   +Citi Mortgage, Inc.,   C/o Powers Kirn and Associates,   Eight Neshamiy Interplex,   Suite 215,
             Trevose, PA 19053-6980
13913626    CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
13871849   +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   PO Box 790040,
             Saint Louis, MO 63179-0040
13875330   +Citimortgage Inc.,   c/o Powers Kirn & Assocs LLC,   Jill Manuel-Coughlin, Esq.,
             8 Neshaminy Interplex, Ste. 215,   Trevose, PA 19053-6980
13871854   +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13871855   +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13871857   +Jerry Schuchman, Esq.,   1118 Bradfield Road,   Roslyn, PA 19001-4205
13871858   +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13871859   +Michael Gottlieb, Esq.,   319 Swede Street,   Norristown, PA 19401-4801
13891529   +Navient Solutions, Inc. on behalf of,   PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
13871861    PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
             Harrisburg, PA 17120-0946
13890363   +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13877461   +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13894112   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
13871862   +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   PO Box 636005,   Littleton, CO 80163-6005
13922225   +TD Bank, N.A.,   Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507
13871864   +Tom Jefs Uni,   1020 Walnut St,   Philadelphia, PA 19107-5543
13871865   +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
             Chicago, IL 60661-3631
13871866   +Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
             Weldon Springs, MO 63304-2225
13871867   +Wells Fargo Bank,   MAC F82535-02F,   PO Box 10438,   Des Moines, IA 50306-0438
13871868   +Wells Fargo Education Fncl Srvs,   Attn: Bankruptcy,   PO Box 5185,
             Sioux Falls, SD 57117-5185
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Jun 02 2017 01:36:35    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2017 01:35:53
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2017 01:36:11    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2017 01:42:42    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13871851    E-mail/Text: bankruptcy@phila.gov Jun 02 2017 01:36:34    City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
13871852    E-mail/Text: bankruptcy@phila.gov Jun 02 2017 01:36:35    City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13871847   +E-mail/Text: ecf@ccpclaw.com Jun 02 2017 01:35:21    Cibik & Cataldo, P.C.,
             1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
13871853   +E-mail/Text: electronicbkydocs@nelnet.net Jun 02 2017 01:36:01    Dept Of Ed/582/nelnet,
             Attn: Claims/Bankruptcy,   PO Box 82505,   Lincoln, NE 68501-2505
13871856    E-mail/Text: cio.bncmail@irs.gov Jun 02 2017 01:35:25    I.R.S.,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
13915904    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2017 01:42:30
             LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13871860   +E-mail/PDF: pa_dc_claims@navient.com Jun 02 2017 01:42:37    Navient,   Attn: Bankruptcy,
             PO Box 9500,   Wilkes-Barr, PA 18773-9500
13871863   +E-mail/Text: bankruptcy@td.com Jun 02 2017 01:36:00    TD Bank, N.A.,   Attn: Bankruptcy,
             32 Chestnut St,   Lewiston, ME 04240-7799
13883195   +E-mail/Text: electronicbkydocs@nelnet.net Jun 02 2017 01:36:01
             U.S. Department of Education C/O Nelnet,   121 South 13th Street, Suite 201,
             Lincoln, NE 68508-1911
13914604   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2017 01:42:38    Verizon,
             by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14
```

```
District/off: 0313-2         User: Antoinett              Page 2 of 2               Date Rcvd: Jun 01, 2017
                             Form ID: 152                 Total Noticed: 43
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13871848*     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Saniya  Ariyamitr ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Saniya  Ariyamitr ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD, dba GM Financial Leasing
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Saniya Ariyamitr

    Debtor(s)

Case No: 17–11086–mdc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 7/20/17 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

36 – 9
Form 152