United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-11086-mdc
Saniya Ariyamitr                                                                          Chapter 13
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jun 09, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db             +Saniya Ariyamitr,    1869 Willow Avenue,    Willow Grove, PA 19090-3705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
          HARRY B. REESE    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
          bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Saniya  Ariyamitr ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Saniya  Ariyamitr ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD, dba GM Financial Leasing
          mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: SANIYA ARIYAMITR          )
    **Debtor**                      )
                                   )          CHAPTER 13
ACAR LEASING LTD                 )
d/b/a GM FINANCIAL LEASING       )          Case No.: 17-11086 (MDC)
    **Moving Party**                 )
                                   )          **Hearing Date: 6-8-17 at 11:00 AM**
  v.                             )
                                   )          11 U.S.C. 362
SANIYA ARIYAMITR                 )
    **Respondent**                   )
                                   )
WILLIAM C. MILLER                )
    **Trustee**                      )
                                   )
                                   )
_____    )

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Chevrolet Equinox** bearing vehicle identification number 2GNFLEEK2F6148957 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 6/8/17

_Magdeline D. Co_
UNITED STATES BANKRUPTCY JUDGE