## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Saniya Ariyamitr<br>　　　　　Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC<br>　　　　　Movant<br>vs. | NO. 17-11086 MDC |
| Saniya Ariyamitr<br>　　　　　Debtor | 11 U.S.C. Sections 362 and 1301 |
| Bringkop Ariyamitr<br>　　　　　Co-Debtor | |
| William C. Miller<br>　　　　　Trustee | |

### ORDER

AND NOW, this 7th day of September, 2017 at Philadelphia, upon failure of the Debtor, Co-Debtor, and Trustee to file and answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 1869 Willow Avenue, Willow Grove, PA 19090 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.~~

It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Saniya Ariyamitr
1869 Willow Avenue
Willow Grove, PA 19090

Bringkop Ariyamitr
1869 Willow Avenue
Willow Grove, PA 19090

Michael A. Cataldo, Esq.
Cibik & Cataldo
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Michael A. Cibik, Esq.
Cibik & Cataldo
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532