16-0376

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Saniya  Ariyamitr<br><br>Debtor(s)<br><br>Bringkop Ariyitr, CoDebtor | Chapter 13 Proceeding<br><br>Case No.  17-11086 MDC |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

     Kindly enter my appearance on behalf of WILMINGTON SAVINGS FUND SOCIETY , FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A   in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By:  /s/  **Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090