United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Saniya Ariyamitr  
    Debtor

Case No. 17-11086-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Oct 05, 2017  
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.  
13913626      CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:

      HARRY B. REESE   on behalf of Creditor   CITIMORTGAGE, INC. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com  
      JACQUELINE M. CHANDLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
      JILL MANUEL-COUGHLIN   on behalf of Creditor   WILMINGTON SAVINGS FUND ET AL jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
      JILL MANUEL-COUGHLIN   on behalf of Creditor   CITIMORTGAGE, INC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
      MICHAEL A. CATALDO2   on behalf of Debtor Saniya Ariyamitr ecf@ccpclaw.com, igotnotices@ccpclaw.com  
      MICHAEL A. CIBIK2   on behalf of Debtor Saniya Ariyamitr ecf@ccpclaw.com, igotnotices@ccpclaw.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM EDWARD CRAIG   on behalf of Creditor   ACAR Leasing LTD, dba GM Financial Leasing ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                        TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-11086-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Saniya Ariyamitr
1869 Willow Avenue
Willow Grove PA 19090

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/04/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971

Name and Address of Transferee:

Wilmington Savings Fund ET AL
1600 South Douglass Road
Anaheim, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/07/17

Tim McGrath
**CLERK OF THE COURT**