United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Saniya Ariyamitr  
     Debtor

Case No. 17-11086-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Oct 18, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
db         +Saniya Ariyamitr,    1869 Willow Avenue,    Willow Grove, PA 19090-3705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:

       HARRY B. REESE     on behalf of Creditor     CITIMORTGAGE, INC. harry.reese@pkallc.com,  
        chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com  
       JACQUELINE M. CHANDLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
        philaecf@gmail.com  
       JILL   MANUEL-COUGHLIN     on behalf of Creditor     WILMINGTON SAVINGS FUND ET AL jill@pkallc.com,  
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
       JILL   MANUEL-COUGHLIN     on behalf of Creditor     CITIMORTGAGE, INC. jill@pkallc.com,  
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
       MATTEO SAMUEL WEINER     on behalf of Creditor     Specialized Loan Servicing LLC  
        bkgroup@kmllawgroup.com  
       MICHAEL A. CATALDO2     on behalf of Debtor Saniya  Ariyamitr ecf@ccpclaw.com,  
        igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2     on behalf of Debtor Saniya  Ariyamitr ecf@ccpclaw.com,  
        igotnotices@ccpclaw.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
       WILLIAM EDWARD CRAIG     on behalf of Creditor     ACAR Leasing LTD, dba GM Financial Leasing  
        ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                    TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: SANIYA ARIYAMITR,
                Debtor(s).

Case No. 17-11086MDC13

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___18th___ day of _____October_____, 201_7_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$5,000.00** are approved and the balance due to counsel in the amount of **$4,000.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

SANIYA ARIYAMITR
Debtor(s)
1869 Willow Avenue
Willow Grove, PA  19090